IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02556-BNB

JOSEPH JOHN CONDON,

Applicant,

v.

UNITED STATES MARSHAL SERVICE,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2008

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Applicant, Joseph John Condon, initiated this action in the United States District Court for the Western District of Texas (Western District of Texas) by submitting *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The Western District of Texas transferred the action to this Court. As part of this Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined that the submitted document was deficient. Therefore, on December 17, 2007, Magistrate Judge Boyd N. Boland ordered Applicant to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

The December 17, 2007, order pointed out that Mr. Condon failed either to pay the $5.00 filing fee or to submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order warned Mr. Condon that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. Mr. Condon

has failed within the time allowed to cure the deficiencies listed in the December 27, 2007, order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 25 day of January, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02556-BNB

Joseph Condon
Prisoner No. 121285
FMCC
PO Box 200
Cañon City, CO 81215- 0200

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/28/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk